THE PEOPLE OF THE STATE OF ILLINOIS, Plaintiff-Appellee, *v.* BILLY DEAN FLIPPO, Defendant-Appellant.

(No. 72-15; )

Third District—September 22, 1972.

PER CURIAM.

Bruce Stratton, of Defender Project, of Ottawa, for appellant.

James N. De Wulf, State's Attorney, of Rock Island, for the People.

THE PEOPLE OF THE STATE OF ILLINOIS, Plaintiff-Appellee, *v.* ELIJAH BELL *et al.*, Defendants-Appellants.

(No. 71-83; )

Third District—October 12, 1972.

